**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Glen Underwood** | : | |
| Plaintiff, | : | **Case No. 2:10-CV-00104** |
| vs. | : | **Judge Marbley** |
| **Connecticut Valley Arms, Inc., et al.** | : | **Magistrate Judge King** |
| Defendants. | : | |

**<u>STIPULATED ORDER OF DISMISSAL</u>**

The parties, by and through their undersigned counsel of record, hereby stipulate and agree that they have fully settled and compromised this matter; and that said action should therefore be dismissed with prejudice. Each party shall bear its own costs.

Respectfully submitted,

*/s/ Daniel N. Abraham*

Daniel N. Abraham (0023457)
Colley Shroyer & Abraham Co., LPA
536 South High Street
Columbus, Ohio 43215
*Attorney for Plaintiff*

*/s/ Audrey K. Bentz*

Audrey K. Bentz
Janik, LLP
9200 South Hills Blvd.
Cleveland, Ohio 44147
*Attorneys for Defendant Hodgdon Powder Co.*

*/s/ Anthony M. Pisciotti*

Anthony M. Pisciotti
Pisciotti, Malsch & Buckley, P.C.
30 Columbia Turnpike, Suite 103
Florham Park, New Jersey 07932
*Attorneys for Defendant Accura Bullets, LLC d/b/a Powerbelt Bullets i/s/h/a Powerbelt Bullets*

*/s/ James Singer*

James E. Singer
Bovis, Kyle & Burch, LLC
Third Floor, 53 Perimeter Center East
Atlanta, GA 30343
*Attorney for Cabela's, Inc. and Blackpowder Products, Inc.*